FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

UNITED STATES OF AMERICA,

            Plaintiff,

            v.

DAU QUAY DUONG,
 aka "Tony,"
MICHAEL HY,
CHRISTOHPER NGUYEN, and
JAMES ROCKETT,

            Defendants.

CR No. 20CR00119-JAK

I N D I C T M E N T

[21 U.S.C. § 846: Conspiracy to
Possess with Intent to Distribute
and to Distribute Methamphetamine;
21 U.S.C. §§ 841(a)(1),
(b)(1)(A)(viii): Distribution of
Methamphetamine; 18 U.S.C.
§ 922(g)(1): Felon in Possession
of Firearms and Ammunition; 18
U.S.C. § 922(a)(1)(A): Engaging in
the Business of Dealing in
Firearms Without a License]

        The Grand Jury charges:

                    COUNT ONE

                [21 U.S.C. § 846]

            [DEFENDANTS DUONG AND HY]

A.    OBJECTS OF THE CONSPIRACY

        Beginning on a date unknown to the Grand Jury, and continuing

until at least December 7, 2017, in Los Angeles County, within the

Central District of California, and elsewhere, defendants DAU QUAY

DUONG, also known as "Tony," and MICHAEL HY, together with others

1  known and unknown to the Grand Jury, conspired with each other to

2  knowingly and intentionally possess with intent to distribute, and

3  distribute, at least 50 grams of methamphetamine, a Schedule II

4  controlled substance, in violation of Title 21, United States Code,

5  Sections 841(a)(1), (b)(1)(A)(viii).

6  B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE

7       ACCOMPLISHED

8       The objects of the conspiracy were to be accomplished, in

9  substance, as follows:

10       1.   Defendants DUONG and HY, and others known and unknown to

11  the Grand Jury, would obtain large quantities of methamphetamine for

12  redistribution.

13       2.   Defendants DUONG and HY would arrange to sell

14  methamphetamine to drug customers.

15       3.   Defendants DUONG and HY would sell methamphetamine to drug

16  customers.

17  C.   OVERT ACTS

18       In furtherance of the conspiracy and to accomplish its objects,

19  on or about the following dates, defendants DUONG and HY, and others

20  known and unknown to the Grand Jury, committed various overt acts in

21  Los Angeles County, within the Central District of California, and

22  elsewhere, including, but not limited to, the following:

23       Overt Act No. 1:   On November 20, 2017, defendant HY sold a

24  confidential source working for law enforcement ("CS") approximately

25  113.1 grams of methamphetamine for $1,600.

26       Overt Act No. 2:   On November 29, 2017, defendant HY sold the

27  CS approximately 157.16 grams of methamphetamine and a loaded Ruger

28  model P95, 9mm caliber pistol for $2,400.

<u>Overt Act No. 3:</u>   On December 3, 2017, by telephone using coded language, defendant HY told the CS to contact defendant DUONG in order to negotiate lower prices for future drug purchases.

<u>Overt Act No. 4:</u>   On December 6, 2017, defendant HY sold the CS approximately 55.31 grams of methamphetamine and an AR-15 type .223 caliber rifle for $2,000.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS DUONG AND HY]

On or about November 20, 2017, in Los Angeles County, within the Central District of California, defendants DAU QUAY DUONG, also known as "Tony," and MICHAEL HY, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 113.1 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS DUONG AND HY]

On or about November 29, 2017, in Los Angeles County, within the Central District of California, defendants DAU QUAY DUONG, also known as "Tony," and MICHAEL HY, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 156.31 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT HY]

On or about December 6, 2017, in Los Angeles County, within the Central District of California, defendant MICHAEL HY knowingly and intentionally distributed at least 50 grams, that is, approximately 55.31 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS NGUYEN AND ROCKETT]

On or about March 13, 2018, in Los Angeles County, within the Central District of California, defendants CHRISTOPHER NGUYEN and JAMES ROCKETT, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 440 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT DUONG]

On or about March 27, 2018, in Los Angeles County, within the Central District of California, defendant DAU QUAY DUONG, also known as "Tony," knowingly and intentionally distributed at least 50 grams, that is, approximately 438.3 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT HY]

On or about November 29, 2017, in Los Angeles County, within the Central District of California, defendant MICHAEL HY knowingly possessed a firearm, namely, a Ruger model P95, 9mm caliber pistol, bearing serial number 318-56827, and ammunition, namely, five rounds of Aguila 9mm ammunition, and four rounds of Fiocchi 9mm ammunition, in and affecting interstate and foreign commerce.

Defendant HY possessed such firearm and ammunition knowing that he had been previously convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)  Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, case number GA089371, on or about August 2, 2013;

(2)  Possession of Methamphetamine for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, case number GA095340, on or about October 5, 2015;

(3)  Possession of Ketamine for Sale, in violation of California Health and Safety Code Section 11379.2, in the Superior Court of the State of California, County of Los Angeles, case number GA095340, on or about October 5, 2015; and

//

//

(4)   Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, case number GA095340, on or about October 5, 2015.

COUNT EIGHT

[18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 2(a)]

[DEFENDANTS DUONG and NGUYEN]

Between on or about February 1, 2018 and on or about March 29, 2018, in Los Angeles County, within the Central District of California, defendants DAU QUAY DUONG, also known as "Tony," and CHRISTOPHER NGUYEN, not being licensed importers, manufacturers, or

//

//

//

dealers of firearms, each aiding and abetting the other, knowingly and willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms of unknown manufacture and which did not contain a legitimate manufacturing mark or serial number (also known as "ghost guns"), on or about the following dates:

| DATE | FIREARM |
| --- | --- |
| February 1, 2018 | An AR-15 type .223 caliber rifle, bearing no make, model, or serial number. |
| March 13, 2018 | An AR-15 type .223 caliber rifle, bearing no make, model, or serial number. |
| March 29, 2018 | Three AR-15 type .223 caliber rifles, bearing no make, model, or serial number. |

A TRUE BILL

/s/

Foreperson

NICOLA T. HANNA
United States Attorney

Brandon Fox

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

SHAWN T. ANDREWS
Assistant United States Attorney
Violent and Organized Crime
Section